DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER WENTHE
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard So., Suite 5000
Las Vegas, Nevada 89101
Tel: 702-388-6336
Fax: 702-388-6787

Email: *roger.wenthe@usdoj.gov*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>          Plaintiff,                            )<br>                                                              )<br>     v.                                              )<br>                                                              )<br> BURNELL MORRISON,                   )<br>                                                              )<br>          Defendant.                          ) | Case No. 2:99-CR-00216-PMP-VCF |

**MOTION TO VACATE JUDGMENT DEBTOR EXAMINATION**

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Roger Wenthe, Assistant United States Attorney, and moves this Honorable Court for an order to vacate the Supplementary Proceedings (Judgment Debtor Examination) scheduled for February 5, 2015 at 10:00 a.m.  This motion is made because the United States Marshal Service or private service was unable to locate the defendant Burnell Morrison.

DATED this 23rd day of January, 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Roger Wenthe*
ROGER WENTHE
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BURNELL MORRISON,<br><br>        Defendant. | Case No. 2:99-cr-00216-PMP-VCF |

**ORDER TO VACATE JUDGMENT
DEBTOR EXAMINATION**

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' Motion to Vacate Supplementary Proceedings (Judgment Debtor Examination) scheduled for the 5th day of February at 10:00 a.m. be granted.

DATED this day of January 26, 2015.

_____
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

*/s/ Roger Wenthe*
ROGER WENTHE

Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1  **1-14-15 at 7:39 p.m. – No answer**

2  **Power was on at this address. Affiant was unable to get information from neighbors.**

3  Affiant, on the basis of the previous information, was unable to locate / serve subject(s).

*[signature: Fred Smith]*

**Fred Smith #R047616**
Attorney's Process
Nevada License No. 429
320 E. Warm Springs Rd., #4A-14
Las Vegas, NV 89119
(702) 547-9036

SUBSCRIBED AND SWORN TO BEFORE me

this 21st day of January, 2015.

_____
NOTARY PUBLIC

SCOTT B. HETRICK
Notary Public State of Nevada
No. 94-1814-1
My Appt. Exp. Sept. 9, 2018